IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYALTON McCAMEY,           No. CIV S-10-2553-KJM-CMK-P

    Plaintiff,

  vs.           <u>ORDER</u>

YOLO COUNTY JAIL,

    Defendant.

_____/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On September 28, 2010, the court issued an order directing plaintiff to either pay the filing fee or correct defects in his application to proceed in forma pauperis.  On December 9, 2010, plaintiff was provided another opportunity to resolve the fee status for this case.  As of January 21, 2011, plaintiff had not complied and the court issued findings and recommendations that this action be dismissed.  On February 10, 2011, plaintiff filed a notice of change of address (plaintiff has been returned to custody) and a request for additional time to resolve fees.

/ / /

/ / /

1

Good cause appearing therefor, the court will vacate the January 21, 2011, findings and recommendations and provide plaintiff additional time to resolve fees. Plaintiff is again cautioned that failure to resolve fees within the time provided by this order may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 21, 2011, are vacated;

2. Plaintiff shall resolve the fee status for this case, either by paying the full filing fee or submitting a completed application to proceed in forma pauperis, within 30 days of the date of this order; and

3. The Clerk of the Court is directed to send to plaintiff with this order a copy of the court's form in forma pauperis application by a prisoner.

DATED: February 23, 2011

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE